**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT KING, III, | |
| Petitioner, | CIVIL ACTION NO. 3:13-cv-02118 (JUDGE CAPUTO) |
| v. | |
| TABB BICKELL, | (MAGISTRATE JUDGE SAPORITO) |
| Respondent. | |

## ORDER

**NOW**, this 30th day of March, 2017, **IT IS HEREBY ORDERED** that:

(1)   The Report and Recommendation (Doc. 26) is **ADOPTED**.

(2)   The Petition for Habeas Corpus (Doc. 1) is **DENIED and DISMISSED**.

(3)   A certificate of appealability **SHALL NOT ISSUE**.

(4)   The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge